P. DELANY & Co., Respondent, v. ROSANNA DUVOLI and Others, Appellants, and LOUIS ARGENIO and NEWBURGH PLANING MILL COMPANY, Respondents; SAMUEL SALAMONE and Others, Defendants.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

FANNIE EPSTEIN, Appellant, v. MORRIS BREITSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

NELLIE FEWER, as Administratrix, etc., of JOHN FEWER, Deceased, Respondent, v. GEROSA CRANE SERVICE Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE FIRST NATIONAL BANK OF JERSEY CITY, Respondent, v. VALLEY STREAM DEVELOPMENT Co., INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

ANGEL FREN, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. The defense of *res judicata* will survive at the trial. (*Wachtel* v. *Equitable Life Assur. Society*, 267 N. Y. 289.) Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

GERALD A. GIBBONS, JR., an Infant, by GERALD A. GIBBONS, His Guardian ad Litem, and Others, Respondents, v. WILLIAM KLEEMAN, Appellant; PAUL FRED BOURQUIN and Another, Defendants. LENA BOURQUIN and Others, Respondents, v. WILLIAM KLEEMAN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JOSEPH GRECO, as Administrator, etc., of MARY GRECO, Deceased, Respondent, v. S. S. KRESGE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 667.] The following question is certified: The second cause of action having been withdrawn, does the complaint state facts sufficient to constitute a cause of action? Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

WILLIAM F. HELLER, Respondent, v. PEPSI-COLA COMPANY, CHARLES G. GUTH, CHARLES G. GUTH, JR., JOHN T. WOODS, JR., and CHESTER A. MEHURIN, Appellants, and HARRY W. SHENTON, Defendant.— In view of the decision on the appeal (*post*, p. 755), decided herewith, the motion for a stay is dismissed. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JOHN HOLLEY AMUSEMENT Co., INC., Respondent, v. ALEX WEISS and ADOLPH WEISS, Tenants; TALKIE ENTERTAINMENTS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.